**Leroy B. MACKLEM, Claimant–Appellee,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 2011–7034.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2012.

Drew C. Ensign, Latham & Watkins, LLP, of Washington, DC, argued for the claimant-appellee. With him on the brief were Lori Alvino McGill and Christopher K. Grieco. Of counsel on the brief was Michael R. Viterna, Law Office of Michael R. Viterna, of Belleville, MI.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellant. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David R. McLenachen, Deputy Assistant General Counsel and Martie S. Adelman, Attorney, United States Department of Veteran Affairs, of Washington, DC.

Before RADER, Chief Judge, NEWMAN and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**